AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Marcus Allen TATUM<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:22-mj-811<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____, 20____ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:
**SEE ATTACHED**

☑ Continued on the attached sheet.

_____
*Complainant's signature*

S. Chappell ATF TFO
*Printed name and title*

Sworn to before me and signed in my presence.

_____
Chelsey M. Vascura
United States Magistrate Judge

Date: 12/27/2022

_____
*Judge's signature*

City and state: Columbus Ohio

U.S. Magistrate Judge Chelsey M. Vascura
*Printed name and title*

**PROBABLE CAUSE AFFIDAVIT**
**Marcus Allen TATUM**

I, Samuel Chappell, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2007. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2017. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Marcus Allen TATUM (hereinafter referred to as TATUM) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that TATUM committed this offense.

4. According to a CPD report that I have reviewed, on or about December 10, 2022, uniformed CPD officers were dispatched to a report of a male firing a gun in the parking lot of 8 Ball Sports Bar located at 2100 Morse Rd., Columbus, Ohio. The caller described the shooter as a black male with a black shirt and a baseball cap. The caller stated the shooter's sister was in a white Buick and was trying to get him into her car.

5. Once at scene officers observed a white Buick parked in front of the bar. The passenger door was open, and a male later identified as TATUM was leaning inside of the car with his upper body. Officers observed a person Witness 1 in the driver's seat. Officers ordered TATUM to get out of the vehicle and show them his hands. TATUM ignored the commands and instead moved to completely enter the vehicle.

6. Officers took control of TATUM. TATUM appeared to be intoxicated as he had trouble completing coherent sentences.

7. Officers located a spent shell casing on the sidewalk in front of the bar. Officers located two spent shell casings in the white Buick and a Sig Sauer model P290RS 9mm pistol bearing serial 26C052344 under the driver's seat.

8. Officers spoke with Witness 2 who was working at 8 Ball Sports Bar. The witness stated that TATUM and Witness 1 entered the bar together. TATUM ordered a shot. TATUM and Witness 1 started to argue. During the argument TATUM placed a pistol on top of the bar counter.

**PROBABLE CAUSE AFFIDAVIT**
**Marcus Allen TATUM**

9. TATUM and Witness 1 were asked to leave the bar. They left the bar but stayed in front of the bar on this sidewalk. A few minutes later the witness heard several gunshots from outside.

10. Witness 3 who was a patron at the bar stated they observed a gun fall from TATUM's pocket while inside the bar.

11. Witness 4 who was a patron at the bar stated they observed TATUM have a shot and then place his firearm on the bar counter.

12. Officers read Witness 1 their rights and they agreed to answer questions. Witness 1 stated that TATUM picked them up from work and appeared to be intoxicated. TATUM wanted to go to a bar, so they went to 8 Ball Sports Bar. Witness 1 stated they began to argue with TATUM over how he was acting. After exiting the bar Witness 1 observed TATUM produce a firearm and fire it into the air.

13. TATUM was arrested and transported to CPD Headquarters.

14. TATUM was prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County, Ohio, Court of Common Pleas 07CR007873 for two counts of felonious assault.

    b. Franklin County, Ohio, Court of Common Pleas 18CR003354 for carrying a concealed weapon, tampering with evidence, and weapons under disability.

15. Records from the Franklin County, Ohio, Court of Common Pleas 07CR007873 show that on or about August 8, 2008, TATUM was sentenced to more than one year of imprisonment.

16. Your Affiant confirmed via ATF resources that the aforementioned firearm possessed by TATUM on or about December 10, 2022, was not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

17. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Marcus Allen TATUM**

18. Based on this information, your affiant believes probable cause exists that TATUM, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Sig Sauer model P290RS 9mm pistol bearing serial 26C052344 and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

*[signature]*
ATF TFO Samuel Chappell

Sworn to and subscribed before me this day of December 27, 2022, at 3:21pm  Columbus, Ohio.

*[signature]*
CHELSEY M. VASCURA
U.S. MAGISTRATE JUDGE